**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CHRISTOPHER JOHNSON,

                    Plaintiff,

-against-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/2/2021

20 **CIVIL** 6763 (LJL)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated November 1, 2021, Plaintiff's motion for judgment

on the pleadings is GRANTED as provided by the opinion and Defendant's cross-motion for

judgment on the pleadings is DENIED, and the matter is REMANDED to the Commissioner for

further proceedings consistent with the opinion.

**Dated:**  New York, New York

        November 2, 2021

                             **RUBY J. KRAJICK**

                             **Clerk of Court**

BY:

                             **Deputy Clerk**