UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CHRISTOPHER JOHNSON,                                                 :
:
:
Plaintiff,                                                            :
:     20-cv-6763 (LJL)
-v-                                                                   :
:     ORDER
:
KILOLO KIJAKAZI,                                                     :
*Acting Commissioner of Social Security*,                             :
:
Defendant.                                                            :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Plaintiff's unopposed motion, made pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), to extend the time for it to refile its petition for attorneys' fees pursuant to 42 U.S.C. § 406(b) until after the Social Security Administration issues a decision on the fee petition Plaintiff brought under 42 U.S.C. § 406(a) is GRANTED.  *See Sinkler v. Berryhill*, 932 F.3d 83, 89 (2d Cir. 2019) (district courts are empowered to enlarge the fourteen-day filing period where circumstances warrant).

     Plaintiff shall refile the motion within two weeks of a decision by the Social Security Administration on the administrative fee petition.  Plaintiff shall file a status letter sixty (60) days from the date of this Order and every sixty (60) days thereafter.  The Clerk of Court is respectfully directed to close Dkt. No. 23.

     SO ORDERED.

Dated: April 28, 2023
      New York, New York
                                                   LEWIS J. LIMAN
                                                United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*_____
*DATE FILED: 04/28/2023*